McGREGOR W. SCOTT
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEREMIAS CARRASCO GAXIOLA,<br><br>    Defendant. | Mag. No. 04-210 KJM<br><br>MOTION TO DISMISS COMPLAINT<br>and ORDER |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the complaint in this case.

                                  Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

Date: *December 29, 2008*     By: */s/ Daniel S. McConkie*
                                            DANIEL S. McCONKIE
                                            Assistant U.S. Attorney

                                  Attorneys for the Plaintiff
                                  UNITED STATES OF AMERICA

**O R D E R**

APPROVED AND SO ORDERED:

DATED:   December 29, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE